Board of Education of School District No. 66, Winnebago County, Illinois, Plaintiff-Appellee, v. Board of Education of School District No. 205, Winnebago County, Illinois, Defendant-Appellant, and County Board of School Trustees of Winnebago County, Illinois, Defendants.

Gen. No. 11,878. (Abstract of Decision.)

Second District.

August 21, 1964.

Reno, Zahm, Folgate & Skolrood, of Rockford (Roger Reno, of counsel), for appellant; Thomas, Davis & Kostantacos, and William R. Nash, all of Rockford (Peter C. Kostantacos, of counsel), for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.